```
SLT:TJS
F.#2010R01816/OCDETF #NY-NYE-666
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                      EXHIBIT LIST

   - against -                              10-CR-809 (S-3)(KAM)

CHRISTOPHER BARRET, <u>et</u> <u>al</u>.,

          Defendants.

- - - - - - - - - - - - - - - X

The following exhibits may be used by the government during trial:

1. Video of surveillance conducted by agents
2. Video from a pole camera outside 133-37 147th Street
3. Video from a surveillance system at 133-37 147th Street
4. Video taken during the execution of search warrants
5. Videos of a shooting at 201-10 Linden Boulevard on March 15, 2010
6. Video of the trap in a Nissan Maxima, New York license plate EXA 9867
7. Surveillance photographs taken by agents
8. Video of "Shawn Sharp's Lavender Affair" party on March 14-15, 2010

9. Photographs taken during the execution of search warrants

10. Photographs of the scene of a murder at 189-33 Linden Boulevard on April 19, 2003

11. Photographs of the scene of a shooting at 79-17 Albion Avenue on March 15, 2010

12. Photographs of "Shawn Sharp's Lavender Affair" party on March 14-15, 2010

13. Items seized from 133-37 147th Street

14. Items seized from 256-64 48th Drive

15. Items seized from postal parcels

16. Items seized from defendants and other individuals at the time of their arrest

17. Items seized from trash of 133-37 147th Street

18. Items seized from a Nissan Maxima, New York license plate EXA 9867

19. Items seized from a Cadillac Escalade, New York license plate FCM 4026

20. Items seized from a BMW, New York license plate FAK 2061

21. Physical evidence from a shooting at 201-10 Linden Boulevard on March 15, 2010

22. Physical evidence from a shooting at 79-17 Albion Avenue on March 15, 2010

23. Physical evidence from a murder at 189-33 Linden Boulevard on April 19, 2003

24. Physical evidence from a murder at the corner of Murdock Avenue and 205 street on October 2, 2009

25. <u>Miranda</u> Warnings forms

26. Laboratory reports

27. Ballistics reports

28. Telephone records

29. Airline Records

30. Chain of Custody forms

31. Personal History forms

32. Mailbox ownership records

33. Bank records

34. Items related to prior arrests of defendants

35. Records from the United States Postal Service

The government reserves the right to add additional exhibits or renumber and reorganize the exhibits identified.

Dated: Brooklyn, New York
December 13, 2011

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By: _____/s/_____
Steven L. Tiscione
Tyler J. Smith
Gina M. Parlovecchio
Assistant U.S. Attorneys
(718) 254-6317/6186/

cc: All Counsel of Record (ECF)

4